# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUECHIIP LIMITED, an Australian corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LABCON, NORTH AMERICA, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><hr>LABCON, NORTH AMERICA, a California corporation,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>BLUECHIIP LIMITED, an Australian corporation,<br><br>　　　　　Counter-Defendant. | Case No.: 3:20-cv-5205-RS<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>[Assigned for all purposes to the Hon. Richard Seeborg]<br><br>Complaint Filed:　　July 29, 2020<br>Counterclaim Filed:　August 19, 2020 |

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION - 3:20-cv-5205-RS**

| | |
|---|---|
| 1 | Having considered Plaintiff and Counter-Defendant Bluechiip Limited ("Bluechiip" or |
| 2 | "Plaintiff") and Defendant and Counter-Claimant Labcon, North America ("Labcon" or "Defendant") |
| 3 | (collectively with Bluechiip, the "Parties") Joint Stipulation for Dismissal of the Entire Action With |
| 4 | Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is hereby |
| 5 | approved. The entire action, including all claims and counterclaims against all parties to the action, is |
| 6 | hereby dismissed with prejudice. Each Party is to bear its own attorneys' fees, expenses, and costs. |

**IT IS SO ORDERED**

Dated: 6/30/2021

_____
Richard Seeborg
Chief United States District Judge